Marvin M. Smith – ISB No. 2236
SMITH & BANKS, PLLC
591 Park Avenue, Suite 202
Idaho Falls, ID 83402
Telephone: (208) 529-3005
Facsimile: (208) 529-3065

Attorney for Defendants

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRIC OF THE STATE OF IDAHO

| | |
|---|---|
| ESTATE OF VERNON BERGMAN, acting through personal representative, SANDRA K. BERGMAN; SANDRA K. BERGMAN, surviving child of Vernon Bergman, ANNE M. BERGMAN, surviving child of Vernon Bergman; and LESLIE J. BERGMAN, surviving child of Vernon Bergman,<br><br>        Plaintiffs,<br>vs.<br><br>EASTERN IDAHO HEALTH SERVICES, INC., an Idaho corporation d/b/a EASTERN IDAHO REGIONAL MEDICAL CENTER, INTERMOUNTAIN EMERGENCY PHYSICIANS, PLLC, JOSEPH ANDERSON and TYLER CHRISTENSEN,<br><br>        Defendants. | CASE NO.: 4:13-CV-202<br><br>ANSWER AND DEMAND FOR JURY TRIAL |

Defendants, Eastern Idaho Health Services, Inc. d/b/a Eastern Idaho Regional Medical Center, Intermountain Emergency Physicians, PLLC, Joseph Anderson, and James Tyler Christensen by and through their attorney of record Smith & Banks, PLLC, answers Plaintiffs' Complaint and alleges as follows:

### FIRST DEFENSE

Plaintiffs' Complaint fails to state a claim upon which relief can be granted.

## SECOND DEFENSE

In answering the specific allegations of Plaintiffs' Complaint, these answering Defendants admit, deny and allege as follows:

1. These answering Defendants deny each and every allegation of the Complaint and each paragraph therein, not herein specifically and expressly admitted.

2. These answering Defendants deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 1, 2, 3, 4, 5, 10, 11, 16, 18, 19, 20, 21 and 22.

3. These answering Defendants admit on information and belief the allegations of paragraphs 6, 7, 14 and 17.

4. These answering Defendants deny the allegations contained in paragraphs 8, 12, 13, 15, 23, 24, 25, 26, 27, 28, 29, 30, 31 and the prayer of the Complaint.

5. By way of answer to paragraph 9 of Plaintiffs' Complaint, Defendants admit that Defendant Tyler Christensen (James Tyler Christensen) is and was a physician's assistant employed by Intermountain Emergency Physicians and was a resident of the state of Idaho at the time of the events alleged in Plaintiffs' Complaint.

## THIRD DEFENSE

6. These answering Defendants were in no way guilty of negligence or fault and did not contribute to any of the damages alleged in Plaintiffs' Complaint.

## FOURTH DEFENSE

7. The injury or damage allegedly sustained by Plaintiffs were approximately caused or contributed to by the acts or omissions of persons or entities other than these answering Defendants and such acts or omissions constitute superseding, intervening causes for such damages or injuries, if any, to Plaintiffs, which bar any recovery Plaintiffs might otherwise have had against these answering Defendants.

## FIFTH DEFENSE

8. To the extent that the damages or injuries allegedly sustained by Plaintiffs were incurred subsequent to the treatment, if any, rendered to Vernon Bergman by these answering Defendants such damages and injuries were a proximately caused by acts or omissions of

persons other than these answering Defendants and thereby constitutes superseding, intervening causes for such damages or injuries, if any.

### SIXTH DEFENSE

9. These answering Defendants were in no way guilty of negligence or fault, nor did these answering Defendants cause or contribute to any of the damages alleged in Plaintiffs' Complaint. These answering Defendants further assert that these answering Defendants used the same degree and skill and provide the same level of care and equipment as would be provided by other healthcare providers in similar communities. These answering Defendants in no way breached or deviated from the standard of health care of community in treating Vernon Bergman, but to the contrary, rendered the same or similar medical treatment as would have been rendered by other acute care hospitals in similar communities in the state of Idaho.

### SEVENTH DEFENSE

10. Plaintiffs have failed to mitigate their damages, if any, and such failure bars or reduces Plaintiffs' claims for damages against these answering Defendants.

### EIGHTH DEFENSE

11. The injuries resulting in damages, if any, of which Plaintiffs complain were proximately caused or contributed to by the negligence of persons other than these answering Defendants, which negligence was equal to or greater than the negligence, if any, of these answering Defendants and any event the negligence, if any, of all parties must be by law compared, pursuant to Idaho law. In making this affirmative defense, these answering Defendants specifically deny any negligence on their part.

### NINTH DEFENSE

12. As a separate and further answer and defense, Defendants allege, without admitting liability and specifically denying liability, that if Plaintiffs recover any sum by reason of the Complaint such sum should be diminished in proportion to the fault, act or neglect of Plaintiffs' as provided by Idaho statute.

### TENTH DEFENSE

13. As a separate and further answer and defense, Defendants allege that some or all of the injuries and/or damages claimed by Plaintiffs preexisted the incident or incidents alleged in the Complaint and were the result of factors including physical, emotional and/or mental disorders not proximately caused by any action of these Defendants.

## REQUEST FOR ATTORNEYS FEES

14. Defendants allege that the services of Smith & Banks have been engaged in the defense of Plaintiffs' Complaint and that they are entitled to reasonable attorneys' fees from Plaintiffs as set by the court pursuant to applicable law and applicable court rule.

WHEREFORE, Defendants pray the Court enter judgment against the Plaintiffs as follows:

1. Dismissing Plaintiffs' Complaint with Plaintiffs taking nothing thereby;

2. Awarding Defendants costs and fees pursuant to applicable statute and court rule; and

3. For such other and further relief as this Court deems just and reasonable.

## DEMAND FOR JURY TRIAL

The Defendants, pursuant to the Federal Rules of Civil Procedure, hereby demand a trial by jury in the above-entitled action.

DATED this 1st day of August, 2013.

_____
Marvin M. Smith

## CERTIFICATE OF SERVICE

I hereby certify that I served a true and correct copy of the foregoing document upon the following this 1st day of August, 2013.

| | |
|---|---|
| Breck Barton | [_] U.S. Mail, postage prepaid |
| 70 N. Center, Ste. 2 | [_] Hand Delivery |
| P.O. Box 100 | [X] Fax  356-4882 |
| Rexburg, ID  83440 | [_] Overnight Mail |

_____
Marvin M. Smith